No. 10–6821. WALTERS *v.* SISTO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–6829. BLACK *v.* SADLER. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–6830. BURKETT *v.* THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–6841. CLINKSCALE *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 10–6872. LEWIS *v.* JACKSON, SUPERINTENDENT, BROWN CREEK CORRECTIONAL INSTITUTION. C. A. 4th Cir. Certiorari denied.

No. 10–6883. SHELTON *v.* FOX, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–6885. ROKER *v.* FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 10–6897. LOWERY *v.* STEVENSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–6907. IFENATUORAH *v.* HOLDER, ATTORNEY GENERAL. C. A. 11th Cir. Certiorari denied.

No. 10–6941. MARANIAN *v.* MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 10–7002. EMERUWA *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 10–7003. DYE *v.* BARTOW ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–7051. O'DONNELL *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 10–7083. SVEUM *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 10–7098. CASTILLO *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.